IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TERRENCE P. KRISS,  )<br>)<br>Defendant.  )<br>_____ ) | Civil Case No. 1:18-cv-01011 |

**COMPLAINT**

The plaintiff United States of America, pursuant to 26 U.S.C. § 7401, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury of the United States, brings this civil action to reduce to a judgment the federal tax liabilities owed by the defendant Terrence P. Kriss.  For its complaint, the United States alleges as follows:

**JURISDICTION, VENUE, AND PARTIES**

1. Jurisdiction is conferred upon the district court pursuant to 26 U.S.C. § 7402(a), and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396.

3. The defendant Terrence P. Kriss resides in Hillsborough County, New Hampshire, within the jurisdiction of this Court.

4. There is a related case between the parties in the United States Bankruptcy Court for the District of New Hampshire, wherein the debtor Terrence P. Kriss has filed an adversary proceeding against the creditor United States seeking, at its core, a dischargeability determination under 11 U.S.C. § 1328(a) of his federal income tax liabilities assessed for 1997,

2000, and 2008-2011, pursuant Fed. R. Bankr. P. 4007(a). *See Terrence P. Kriss v. United States (In re Terrence P. Kriss)*, Adv. Proc. No. 18-01064-BAH (Bankr. D.N.H.).

5. Pursuant to 26 U.S.C. § 6502(a)(1), the expiration of the collection statute of limitations for the 1997 income tax liabilities set forth herein is on November 7, 2018. Because the related adversary proceeding will not be resolved prior to the expiration of this statute of limitations, the United States needs to commence this action in this District Court in order to toll the running of the statute of limitations. The United States believes that the taxes and interest at issue are excepted from discharge as a matter of law.

### CLAIM TO REDUCE LIABILITIES TO JUDGMENT AGAINST TERRENCE P. KRISS

6. The United States incorporates by reference paragraphs 1 – 5, above.

7. The defendant Terrence P. Kriss failed to timely file a return for the 1997 and 2000 federal income tax years and, as a result, the Secretary of the Treasury needed to issue notices of deficiency.

8. On the following dates, a delegate of the Secretary of the Treasury of the United States made the following assessments against the defendant Terrence P. Kriss for federal income taxes and interest for the following periods and in the following amounts, which have balances due with accruals and costs, and after abatements, as of September 10, 2018, as follows:

| Federal Income Tax Period | Assessment Date | Assessment Type | Amount Assessed | Balance due as of 9/10/2018 |
|---|---|---|---|---|
| 1997 | 3/3/2003 | Additional Tax Assessment | $30,568.30 | |
| | 3/3/2003 | Interest | $16,652.93 | |
| | 4/9/2018 | Interest | $18,918.88 | $38,864.12 |
| 2000 | 9/1/2003 | Additional Tax Assessment | $46,344.00 | |
| | 9/1/2003 | Interest | $2,904.72 | |
| | 4/9/2018 | Interest | $14,335.85 | $30,255.36 |
| Total | | | | $69,119.48 |

9. A delegate of the Secretary of the Treasury of the United States of America properly gave notice to the defendant Terrence P. Kriss of the tax liabilities described in paragraph 8, above, and made a demand for payment of the balance due upon the defendant Terrence P. Kriss.

10. Despite such notice and demand, the defendant Terrence P. Kriss has failed, neglected, or refused to pay the federal income tax liabilities set forth above in full, and, after the application of all abatements, payments, and credits, Terrence P. Kriss, remains liable to the United States for the unpaid balance of his 1997 and 2000 federal income tax liabilities in the amount of $69,119.48, plus statutory additions that continue to accrue from and after September 10, 2018.  This balance does not include any penalties or interest thereon.

11. On June 19, 2002, Terrence P. Kriss commenced a bankruptcy case under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Hampshire, docketed as case Bk. Case No. 12-11983.  The Bankruptcy Court entered a discharge under 11 U.S.C. § 1328(a) on August 23, 2017.  The statute of limitations on collections was tolled from June 19, 2012, to August 23, 2017, plus six months, pursuant to 26 U.S.C. § 6503(h)(2).  As a result, this action has been timely commenced under 26 U.S.C. § 6502.

12. The defendant Terrence P. Kriss failed to timely file a return for his 1997 and 2000 federal income tax years.  Accordingly, the debts described in paragraph 8, above, are debts with respect to which no return was filed.  The taxes and interest thereon are therefore excepted from discharge pursuant to 11 U.S.C. §§ 1328(a)(2) and 523(a)(1)(B).  In this action, the United States only seeks to collect the taxes and interest thereon for the income tax years 1997 and 2000, and does not seek to collect any penalties or interest thereon that were assessed for the 1997 and 2000 income tax years, because such penalties and interest were discharged under 11

U.S.C § 1328(a).

       WHEREFORE, the plaintiff United States of America prays for judgment determining:

       A.       That after the United States of America has filed the return of service of process, this action should be stayed until the related adversary proceeding in the United States Bankruptcy Court for the District of New Hampshire has been resolved, after which time the United States will file a status report advising the Court of the steps required to prosecute this action;

       B.       That the defendant Terrence P. Kriss is liable to the plaintiff United States of America for unpaid federal income tax liabilities for the years 1997 and 2000 in the amount of $69,119.48, plus such additional amounts as may continue to accrue as provided by law from and after September 10, 2018, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and,

       C.       That the United States of America be awarded its costs in this action and such other and further relief as the Court deems just and proper.

**[Signature page follows]**

Dated: November 1, 2018

        Respectfully submitted,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        */s/ Jeffrey N. Nuñez*
        JEFFREY N. NUÑEZ
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 616-5218
        Fax:          (202) 514-5238
        Jeffrey.N.Nunez@usdoj.gov

LOCAL COUNSEL:

Scott W. Murray
United States Attorney

MICHAEL McCORMACK
Assistant U.S. Attorney
James C. Cleveland Federal Building
53 Pleasant St.
Concord, NH 03301-3941
(603) 230-2501
Email: Michael.McCormack2@usdoj.gov

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
TERRENCE P. KRISS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hillsborough
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jeffrey N. Nuñez - Trial Attorney, Tax Division, U.S. Dept. of Justice
P.O. Box 55, Ben Franklin
Washington, DC 20044 // (202) 616-5218

Attorneys *(If Known)*
Ann K, Barber, Esq.
25 Indian Rock Rd., Ste 11
Windham, NH 03087

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [X] 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. § 7401
Brief description of cause:
Collection of Federal Tax Liabilities

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 69,119.48
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE  11/01/2018
SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: